**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6501**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TARON DEVELLE WALKER,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:18-cr-00022-RBS-RJK-1)

Submitted:  October 22, 2024                          Decided:  October 25, 2024

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Taron Develle Walker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taron Develle Walker appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We have the reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Walker*, No. 2:18-cr-00022-RBS-RJK-1 (E.D. Va. May 10, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*